**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA T. CHAVEZ, ) | Case No.: 5:24-cv-00022-JC |
| ) | |
| Plaintiff, ) | ORDER AWARDING EQUAL |
| ) | ACCESS TO JUSTICE ACT |
| vs. ) | ATTORNEY FEES AND EXPENSES |
| ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| MARTIN O'MALLEY, ) | AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, ) | U.S.C. § 1920 |
| ) | |
| Defendant ) | |
| ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,200.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: April 4, 2024

/s/
_____
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE